Entered on Docket
March 08, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | PHILIP GILES(CA SBN 272582)
2 | PITE DUNCAN, LLP
    4375 JUTLAND DRIVE, SUITE 200
    P.O. BOX 17933
3 | SAN DIEGO, CA 92177-0933
    Telephone: (858) 750-7600
4 | Facsimile:  (619) 590-1385

The following constitutes
the order of the court. Signed March 07, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for   US BANK NA AS INDENTURE TRUSTEE OF SERIES 2006-HE1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| IN RE JORGE A RENDEROS, | Case No.  10-74425 |
|---|---|
| Debtor. | Chapter  13 |
|  | ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation.  The Stipulation Re: Avoidance of Lien, docket entry number 23, is hereby approved and made an order of the court.

**END OF ORDER**

- 1 -

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Jorge A Renderos
6917 Macarthur Boulevard
Oakland, CA 94605

**DEBTOR(S) ATTORNEY**

Carl Gustafson
2258 Monument Bl.
Pleasant Hill, CA 94523

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. TRUSTEE**

U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612